UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re: Charda Tabb

Case No.: 18-15980/ABA
Chapter: 7
Judge: ABA

### NOTICE OF PROPOSED ABANDONMENT

__JOSEPH D. MARCHAND__, __TRUSTEE__ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

Address of the Clerk:
Clerk of the United States Bankruptcy Court
U.S. Post Office & Court House
PO Box 2067, 401 Market Street
Camden, NJ 08101-2067

If an objection is filed, a hearing will be held before the Honorable __Andrew B. Altenburg, Jr.__ on __June 12, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __4B__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

Description and value of property:
Real Property:
21 Drexel Gate Drive
Sicklerville, NJ
FMV - $139,500.00 - $170,500.00

Liens on property:
Roundpoint Mtg - $158,341.00

Amount of equity claimed as exempt: $0.00

Objections must be served on, and requests for additional information directed to:

Name: /s/ Joseph D. Marchand, Chapter 7 Trustee
Address: 117-119 West Broad Street, P.O. Box 298, Bridgeton, NJ 08302
Telephone No.: (856) 451-7600

*rev.8/1/15*

```
                          United States Bankruptcy Court
                              District of New Jersey
In re:                                                      Case No. 18-15980-ABA
Charda T Tabb                                               Chapter 7
         Debtor              CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                Page 1 of 2        Date Rcvd: May 15, 2018
                               Form ID: pdf905            Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 17, 2018.
db             +Charda T Tabb,    21 Drexel Gate Drive,   Sicklerville, NJ 08081-2805
cr             +SJFCU,    1615 Huffville Road,    PO Box 5530,   Deptford, NJ 08096-0530
517413975      +Appearance Dermatology, LLC,    2466 E. Chestnut Ave,   Ste 1,   Vineland, NJ 08361-8486
517413976     ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court: Bk Of Amer,    Po Box 982238,    El Paso, TX 79998)
517413977      +Bobs Ds Furn,   Po Box 94498,   Las Vegas, NV 89193-4498
517413978     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517413993      +Eastern Account System,    75 Glen Rd Ste 310,   Sandy Hook, CT 06482-1175
517413996      +Hayt, Hayt & Landu, LLC,    Meridan Center I,   Two Industrial Way West,   PO Box 500,
                 Eatontown, NJ 07724-0500
517414006       Quest Diagnostics,    PO BOX 740775,    Cincinnati, OH 45274-0775
517414007      +Remex Inc,   307 Wall St,   Princeton, NJ 08540-1515
517414008      +Roundpoint Mtg,    5032 Parkway Plaza Blvd,   Charlotte, NC 28217-1918
517414009      +South Jersey Federal C,    1615 Hurffville Rd,   Deptford, NJ 08096-6406
517414015      +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
517414017      +Verizon,    Po Box 650584,    Dallas, TX 75265-0584

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov May 15 2018 23:23:26      U.S. Attorney,   970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,   Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov May 15 2018 23:23:20      United States Trustee,
                 Office of the United States Trustee,   1085 Raymond Blvd., One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
517413980      +E-mail/Text: csivels@creditcorpsolutionsinc.com May 15 2018 23:24:23
                 Credit Corp Solutions, Inc,   63 East 11400 South 408,    Sandy, UT 84070-6705
517413981      +E-mail/PDF: creditonebknotifications@resurgent.com May 15 2018 23:30:50      Credit One Bank Na,
                 Po Box 98872,   Las Vegas, NV 89193-8872
517413982      +E-mail/Text: pa_dc_ed@navient.com May 15 2018 23:30:49      Dept Of Ed/navient,   Po Box 9635,
                 Wilkes Barre, PA 18773-9635
517413992      +E-mail/Text: bankruptcynotices@dcicollect.com May 15 2018 23:24:03
                 Diversified Consultant, Inc.,   P.O. Box 551268,    Jacksonville, FL 32255-1268
517413994      +E-mail/Text: jennifer.macedo@gatewayonelending.com May 15 2018 23:22:49
                 Gateway One Lending &,   3818 E Coronado,   Anaheim, CA 92807-1620
517413995      +E-mail/Text: jennifer.macedo@gatewayonelending.com May 15 2018 23:22:49
                 Gateway One Lending & Finance,   160 N Riverview Dr. Suite 100,    Anaheim, CA 92808-2293
517413997      +E-mail/PDF: resurgentbknotifications@resurgent.com May 15 2018 23:30:54      LVNV Funding,
                 PO Box 10497,   Greenville, SC 29603-0497
517413998       E-mail/Text: bankruptcydpt@mcmcg.com May 15 2018 23:23:19      Midland Credit Management, Inc.,
                 P.O. Box 13105,   Roanoke, VA 24031-3105
517413999      +E-mail/PDF: pa_dc_claims@navient.com May 15 2018 23:31:36      Navient,   Po Box 9500,
                 Wilkes Barre, PA 18773-9500
517414010      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:26      Syncb/home Design Nahf,
                 950 Forrer Blvd,   Kettering, OH 45420-1469
517414011      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:02      Syncb/oldnavydc,   Po Box 965005,
                 Orlando, FL 32896-5005
517414012      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:38      Syncb/sams,   Po Box 965005,
                 Orlando, FL 32896-5005
517414013      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:31:26      Syncb/sams Club,   Po Box 965005,
                 Orlando, FL 32896-5005
517414014      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:38      Syncb/tjx Cos,   Po Box 965015,
                 Orlando, FL 32896-5015
517415746      +E-mail/PDF: gecsedi@recoverycorp.com May 15 2018 23:30:38      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,   Norfolk, VA 23541-1021
517414016      +E-mail/Text: bankruptcydepartment@tsico.com May 15 2018 23:24:13      Transworld Sys Inc/926,
                 500 Virginia Dr Ste 514,   Ft Washington, PA 19034-2707
                                                                                              TOTAL: 18

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517413979*    ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
517413983*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517413984*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517413985*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517413986*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517413987*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517413988*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517413989*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517413990*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517413991*     +Dept Of Ed/navient,    Po Box 9635,   Wilkes Barre, PA 18773-9635
517414000*     +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
517414001*     +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
517414002*     +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
517414003*     +Navient,   Po Box 9500,    Wilkes Barre, PA 18773-9500
```

```
District/off: 0312-1          User: admin              Page 2 of 2              Date Rcvd: May 15, 2018
                              Form ID: pdf905          Total Noticed: 32

              ***** BYPASSED RECIPIENTS (continued) *****
517414004*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
517414005*       +Navient,    Po Box 9500,    Wilkes Barre, PA 18773-9500
                                                                                 TOTALS: 0, * 16, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 17, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 14, 2018 at the address(es) listed below:
              Georgette  Miller    on behalf of Debtor Charda T Tabb info@georgettemillerlaw.com,
               jjustin@georgettemillerlaw.com;georgettemillerlaw@gmail.com;gmecfmail@gmail.com;csmith@georgettem
               illerlaw.com;smithcr50524@notify.bestcase.com;karenl@georgettemillerlaw.com;cholmes@georgettemill
               erlaw.com;gregmont@gb
              Joseph    Marchand     jdmarchand@comcast.net,    jmarchand@comcast.net;jmarchand@ecf.epiqsystems.com
              Robert  J.  Malloy    on behalf of Creditor    SJFCU ecf.rjmalloylaw@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 4
```